IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES D. HORTON, III,**
**ADC #655091**                                                                                          **PLAINTIFF**

v.                              Case No. 5:15-cv-343 KGB/JTK

**BLUE BELL ICE CREAM COMPANY,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

So adjudged this 25th day of January, 2016.

_____
Kristine G. Baker
United States District Judge